UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BRIAN CARTMELL, et al.,            )
                                   )   No. C06-1228RSL
                Plaintiffs,        )
       v.                          )
                                   )   ORDER TO SHOW CAUSE
VICTOR ELIZALDE FOR CONGRESS,      )
                                   )
                Defendant.         )
_____)

      This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on August 24, 2006. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 22, 2007.

      DATED this 5th day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE